# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED CAPITAL, LLC, et al., <br><br> Defendants. | Case No.: 1:19-cv-01099 DAD JLT <br><br> ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION |

On August 12, 2019, the plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act. (Doc. 1) The Court issued summonses on August 13, 2019 (Doc. 3) and its order setting the mandatory scheduling conference to occur on November 1, 2019 (Doc. 4) and after the plaintiff filed a First Amended Complaint on September 23, 2019 (Doc. 6), the Court again issued a summons to the newly named defendant (Doc. 7). In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 4 at 1) Despite this, the plaintiff has not filed a proof of service of the summons and complaint as to Easiness LP and this defendant has not appeared in the action. Therefore, the Court **ORDERS**,

1

1. **No later than November 15, 2019**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for the failure to serve the summons and complaint as to Easiness LP and to comply with the orders of the Court. Alternatively, the plaintiff may file the proof of service;

2. Due the failure of the defendant Easiness LP to appear and the lack of proof of service, which would allow entry of default, the scheduling conference is **CONTINUED** to **December 11, 2019** at 9:00 a.m.

**The plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: **October 29, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE