UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR.,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEGRATED CAPITAL, LLC, et al.,<br><br>          Defendants. | No. 1:19-cv-1099-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TWITHOUT PREJUDICE<br><br>(Doc. No. 10) |

       On August 12, 2019, Peter Stronjik, Sr., initiated this action alleging violations of the Americans with Disabilities Act against Integrated Capital, LLC. (Doc. No. 1.) Plaintiff filed an amended complaint on September 23, 2019, in which the sole defendant identified was Easiness LP, doing business as DoubleTree by Hilton Hotel Bakersfield. (Doc. No. 6 at 1.) The court issued a summons to the newly-named defendant on September 25, 2019.

       On October 30, 2019, the assigned magistrate judge found that plaintiff failed to file a proper proof of service reflecting service upon defendant Easiness LP, and ordered him to show cause why sanctions, including terminating sanctions, should not be imposed. (Doc. No. 9.) On December 9, 2019, after plaintiff failed to respond to the order to show cause, the magistrate judge issued the pending findings and recommendations, recommending that the action be dismissed without prejudice due to plaintiff's failure to comply with the court's orders and failure to prosecute the action. (Doc. No. 10.) Plaintiff was served with the findings and

recommendations and given ten (10) days to file any objections to the recommendation of dismissal. (*Id.* at 4.) Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. (*Id.* at 9) (citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991)). To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the undersigned has conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations dated December 9, 2019 (Doc. No. 10) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to comply with the court's orders and failure to prosecute the action; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 27, 2020**

UNITED STATES DISTRICT JUDGE